January 24, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

TRAVOY RAMON HOLLIE, Appellant

NO. 14-12-00808-CR                    V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED** as moot. The Court orders the appeal **DISMISSED** in accordance with its opinion. The appeal from the sentence imposed on November 30, 2012, docketed under our appellate case number 14-12-01085-CR remains pending before the court.

We further order appellant pay all costs expended in the appeal.

We further order this decision certified below for observance.